## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| NEW ENGLAND SURFACES<br>d/b/a DION DISTRIBUTORS, INC. | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Docket No. 06-cv-89-P-S |
| E.I. DU PONT DE NEMOURS<br>AND COMPANY d/b/a DUPONT<br>and PARKSITE, INC. | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER ON MOTIONS IN LIMINE AND MOTIONS FOR SUMMARY JUDGMENT

Now before the Court are Defendant E.I. Du Pont de Nemours and Company's ("DuPont") Motion in Limine to Exclude Testimony of Plaintiff's Damages Witnesses and Motion for Summary Judgment (Docket #s 126 & 129) and Defendant Parksite, Inc.'s ("Parksite") Motion in Limine to Exclude Testimony of Plaintiff's Damages Witnesses and Motion for Summary Judgment with Incorporated Memorandum of Law (Docket # 116). In addition, DuPont moved for oral argument on its Motion (Docket # 127).

On September 14, 2007, the Court issued an Order on Motions for Summary Judgment (Docket # 196), granting in part and denying in part DuPont's Motion for Summary Judgment with Incorporated Memorandum of Law (Docket # 109) and Parksite's Redacted Motion for Summary Judgment and Incorporated Memorandum of Law (Docket # 112). Only the claims for fraud and misrepresentation (Count VI),

negligent misrepresentation (Count VII), breach of the covenant of good faith and fair dealing (Count XII) and tortious interference with contractual rights and prospective economic interests (Count XIII) survive for trial.

As a result of the Court's summary judgment rulings, the vast majority of the Motions before the Court became moot and what remains in the Motions is not directly applicable to the remaining claims.   Therefore, the Motions in Limine to Exclude Testimony of Plaintiff's Damages Witnesses and Motion for Summary Judgment are DISMISSED WITHOUT PREJUDICE.[1]   (Docket #s 116, 126 and 129.)  Defendants are permitted to refile a proper motion based on the causes of action that remain pending.  In addition, the Court will reserve ruling on Defendants' Motions to Exclude the Testimony of David Perkins.  (Docket #s 108 & 128.)

**SO ORDERED.**

/s/ George Z. Singal
Chief United States District Judge

Dated at Portland, Maine, this 26th day of September, 2007

---

[1]     The Motion of Defendant E. I. Du Pont de Nemours and Company for Oral Argument on its Motion in Limine to Exclude Testimony of Plaintiff's Damages Witnesses is also DISMISSED WITHOUT PREJUDICE.  (Docket # 127.)